```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANTONIO JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV499 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FOODS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties have advised the court that this case is settled. Accordingly, the defendant's motion to compel, filing 29, is denied as moot.

DATED this 22nd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge