IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTONIO JIMENEZ, | ) | 8:04CV499 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    Defense counsel has orally moved for an extension of time in which to comply with the court's settlement order (filing 33). Defense counsel represented that Plaintiff's counsel does not object to the extension of time requested. Accordingly, I shall grant Defendant's motion.

    IT IS ORDERED that Defendant's oral motion for an extension of time in which to comply with the court's settlement order is granted and the parties shall have until August 1, 2005 to file with the clerk of court a joint stipulation for dismissal or other dispositive stipulation, together with a draft order which will fully dispose of this case.

July 18, 2005.        BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge