IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTONIO JIMENEZ, ) | 8:04CV499 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| TYSON FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that the parties' oral motion for an extension of time in which to comply with the court's settlement order is granted and the parties shall have until August 15, 2005 to file with the clerk of court a joint stipulation for dismissal or other dispositive stipulation, together with a draft order which will fully dispose of this case.

August 1, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge